# APPENDIX 1:
## HOUR/COMMISSION VISUALIZATION

|    | $ 400.00 | $ 500.00 | $ 600.00 | $ 700.00 | $ 800.00 | $ 900.00 | $ 1,000.00 | $ 1,100.00 |
|----|----------|----------|----------|----------|----------|----------|------------|------------|
| 40 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| 41 | $ 415.00 | $ 416.10 | $ 417.32 | $ 418.54 | $ 419.76 | $ 420.98 | $ 422.20 | $ 423.41 |
| 42 | $ 430.00 | $ 431.90 | $ 434.29 | $ 436.67 | $ 439.05 | $ 441.43 | $ 443.81 | $ 446.19 |
| 43 | $ 445.00 | $ 447.44 | $ 450.93 | $ 454.42 | $ 457.91 | $ 461.40 | $ 464.88 | $ 468.37 |
| 44 | $ 460.00 | $ 462.73 | $ 467.27 | $ 471.82 | $ 476.36 | $ 480.91 | $ 485.45 | $ 490.00 |
| 45 | $ 475.00 | $ 477.78 | $ 483.33 | $ 488.89 | $ 494.44 | $ 500.00 | $ 505.56 | $ 511.11 |
| 46 | $ 490.00 | $ 492.61 | $ 499.13 | $ 505.65 | $ 512.17 | $ 518.70 | $ 525.22 | $ 531.74 |
| 47 | $ 505.00 | $ 507.23 | $ 514.68 | $ 522.13 | $ 529.57 | $ 537.02 | $ 544.47 | $ 551.91 |
| 48 | $ 520.00 | $ 521.67 | $ 530.00 | $ 538.33 | $ 546.67 | $ 555.00 | $ 563.33 | $ 571.67 |
| 49 | $ 535.00 | $ 535.92 | $ 545.10 | $ 554.29 | $ 563.47 | $ 572.65 | $ 581.84 | $ 591.02 |
| 50 | $ 550.00 | $ 550.00 | $ 560.00 | $ 570.00 | $ 580.00 | $ 590.00 | $ 600.00 | $ 610.00 |
| 51 | $ 565.00 | $ 563.92 | $ 574.71 | $ 585.49 | $ 596.27 | $ 607.06 | $ 617.84 | $ 628.63 |
| 52 | $ 580.00 | $ 577.69 | $ 589.23 | $ 600.77 | $ 612.31 | $ 623.85 | $ 635.38 | $ 646.92 |
| 53 | $ 595.00 | $ 591.32 | $ 603.58 | $ 615.85 | $ 628.11 | $ 640.38 | $ 652.64 | $ 664.91 |
| 54 | $ 610.00 | $ 604.81 | $ 617.78 | $ 630.74 | $ 643.70 | $ 656.67 | $ 669.63 | $ 682.59 |
| 55 | $ 625.00 | $ 618.18 | $ 631.82 | $ 645.45 | $ 659.09 | $ 672.73 | $ 686.36 | $ 700.00 |
| 56 | $ 640.00 | $ 631.43 | $ 645.71 | $ 660.00 | $ 674.29 | $ 688.57 | $ 702.86 | $ 717.14 |
| 57 | $ 655.00 | $ 644.56 | $ 659.47 | $ 674.39 | $ 689.30 | $ 704.21 | $ 719.12 | $ 734.04 |
| 58 | $ 670.00 | $ 657.59 | $ 673.10 | $ 688.62 | $ 704.14 | $ 719.66 | $ 735.17 | $ 750.69 |
| 59 | $ 685.00 | $ 670.51 | $ 686.61 | $ 702.71 | $ 718.81 | $ 734.92 | $ 751.02 | $ 767.12 |
| 60 | $ 700.00 | $ 683.33 | $ 700.00 | $ 716.67 | $ 733.33 | $ 750.00 | $ 766.67 | $ 783.33 |
| 61 | $ 715.00 | $ 696.07 | $ 713.28 | $ 730.49 | $ 747.70 | $ 764.92 | $ 782.13 | $ 799.34 |
| 62 | $ 730.00 | $ 708.71 | $ 726.45 | $ 744.19 | $ 761.94 | $ 779.68 | $ 797.42 | $ 815.16 |
| 63 | $ 745.00 | $ 721.27 | $ 739.52 | $ 757.78 | $ 776.03 | $ 794.29 | $ 812.54 | $ 830.79 |
| 64 | $ 760.00 | $ 733.75 | $ 752.50 | $ 771.25 | $ 790.00 | $ 808.75 | $ 827.50 | $ 846.25 |
| 65 | $ 775.00 | $ 746.15 | $ 765.38 | $ 784.62 | $ 803.85 | $ 823.08 | $ 842.31 | $ 861.54 |
| 66 | $ 790.00 | $ 758.48 | $ 778.18 | $ 797.88 | $ 817.58 | $ 837.27 | $ 856.97 | $ 876.67 |
| 67 | $ 805.00 | $ 770.75 | $ 790.90 | $ 811.04 | $ 831.19 | $ 851.34 | $ 871.49 | $ 891.64 |
| 68 | $ 820.00 | $ 782.94 | $ 803.53 | $ 824.12 | $ 844.71 | $ 865.29 | $ 885.88 | $ 906.47 |
| 69 | $ 835.00 | $ 795.07 | $ 816.09 | $ 837.10 | $ 858.12 | $ 879.13 | $ 900.14 | $ 921.16 |
| 70 | $ 850.00 | $ 807.14 | $ 828.57 | $ 850.00 | $ 871.43 | $ 892.86 | $ 914.29 | $ 935.71 |
| 71 | $ 865.00 | $ 819.15 | $ 840.99 | $ 862.82 | $ 884.65 | $ 906.48 | $ 928.31 | $ 950.14 |
| 72 | $ 880.00 | $ 831.11 | $ 853.33 | $ 875.56 | $ 897.78 | $ 920.00 | $ 942.22 | $ 964.44 |
| 73 | $ 895.00 | $ 843.01 | $ 865.62 | $ 888.22 | $ 910.82 | $ 933.42 | $ 956.03 | $ 978.63 |
| 74 | $ 910.00 | $ 854.86 | $ 877.84 | $ 900.81 | $ 923.78 | $ 946.76 | $ 969.73 | $ 992.70 |
| 75 | $ 925.00 | $ 866.67 | $ 890.00 | $ 913.33 | $ 936.67 | $ 960.00 | $ 983.33 | $ 1,006.67 |
| 76 | $ 940.00 | $ 878.42 | $ 902.11 | $ 925.79 | $ 949.47 | $ 973.16 | $ 996.84 | $ 1,020.53 |
| 77 | $ 955.00 | $ 890.13 | $ 914.16 | $ 938.18 | $ 962.21 | $ 986.23 | $ 1,010.26 | $ 1,034.29 |
| 78 | $ 970.00 | $ 901.79 | $ 926.15 | $ 950.51 | $ 974.87 | $ 999.23 | $ 1,023.59 | $ 1,047.95 |
| 79 | $ 985.00 | $ 913.42 | $ 938.10 | $ 962.78 | $ 987.47 | $ 1,012.15 | $ 1,036.84 | $ 1,061.52 |
| 80 | $ 1,000.00 | $ 925.00 | $ 950.00 | $ 975.00 | $ 1,000.00 | $ 1,025.00 | $ 1,050.00 | $ 1,075.00 |